# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

ELIJAH MATTHEW POOLE  
7500 DARBY RD  
GOODLETTSVILLE, TN  37072

Case No. **16-03514-CW3-13**

JUDGE CHARLES M WALKER

SSN XXX-XX-2571

## TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **10/03/2016**. The deadline for filing claims by governmental units was **11/14/2016**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | $18,000.00<br>DATE FILED: 8/12/2016 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **7300**<br>COMM: 2012 CHEVY SILVERADO /E/PER ORDER 11/10/16 DTR ALLOWED TO SUBST. COLL |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 8 |
| WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA  90010 | $0.00<br>DATE FILED: NOT FILED | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **3661**<br>COMM: 11 BUICK REGAL CODEBTOR SURRENDER |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN  37229 | $0.00<br>DATE FILED: NOT FILED | SUPPORT/ALIMONY CONT (A)<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT: **5203**<br>COMM: SAMANTHA BUMBALOUGH |
|  | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN  37229 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **4107**<br>COMM: LATASHA WRIGHT |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN  37204 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AUTO MASTER<br>3101 NOLENSVILLE PIKE<br>NASHVILLE, TN  37211 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| CNAC IN 101<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN  46032 | **$4,402.41**<br>DATE FILED: 5/26/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3092**<br>COMM: AUTO DEFICIENCY |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 2 |
| PROGRESSIVE INSURANCE COMPANY<br>CREDIT COLLECTION SVC<br>P O BOX 773<br>NEEDHAM, MA  02494 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8436**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| Creditor | Amount | Status |
|---|---|---|
| CUMBERLAND ELECTRIC MEMBERSHIP CORPORATION<br>P O BOX 3300<br>CLARKSVILLE, TN 37043 | $0.00<br>DATE FILED: 7/26/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **4002**<br>COMM: UTILITIES/DISALLOWED |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 7 |
| COMCAST CABLE COMMUNICATIONS<br>EASTERN ACCOUNT SYSTEM<br>75 GLEN RD STE 310<br>SANDY HOOK, CT 06482 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **5962**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| RADIOLOGY ALLIANCE<br>FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN 37070 | $153.00<br>DATE FILED: 5/27/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **8970**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 4 |
| SPRINGFIELD RADIOLOGY ASSOC<br>FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN 37070 | $72.00<br>DATE FILED: 5/27/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **4358**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 3 |
| HENDERSONVILLE MEDICAL CTR<br>355 NEW SHACKLE ISLAND RD<br>HENDERSONVILLE, TN 37075 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT:<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| HILLCREST CREDIT AGENCY<br>MILLER AND STEENO PC<br>11970 BORMAN DRIVE STE 250<br>ST LOUIS, MO  63146 | **$2,032.13**<br>DATE FILED: 6/15/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2571**<br>COMM: 2014CV4489 |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 5 |
| NORTHLAKE BARGAIN CENTER<br>738 W MAIN ST<br>HENDERSONVILLE, TN  37075 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **CV 3**<br>COMM: EXPIRED JUDGMENT |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SENEX SERVICES CORP<br>3333 FOUNDERS RD 2ND FL<br>INDIANAPOLIS, IN  46268-4933 | **$1,119.49**<br>DATE FILED: 5/24/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8672**<br>COMM: SUMNER REGIONAL MED CTR |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 1 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR VERIZON<br>P O BOX 248838<br>OKLAHOMA CITY, OK  73124 | **$167.49**<br>DATE FILED: 7/22/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0001**<br>COMM: VERIZON |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 6 |
| LATASHA WRIGHT<br>117 STEVISON HAM RD<br>PORTLAND, TN  37148 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| SAMANTHA BUMBALOUGH<br>1015 B JACKSON HTS<br>GOODLETTSVILLE, TN  37072 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: COSIGNER |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,   00000 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |

TOTAL $29,784.52

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| 12/22/16 | MB | /s/ Henry E. Hildebrand, III |
|---|---|---|
| DATE | INITIALS | HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
  ELIJAH MATTHEW POOLE
  7500 DARBY RD
  GOODLETTSVILLE, TN  37072

LONG BURNETT AND JOHNSON PLLC
302 42ND AVE NO
NASHVILLE, TN  37209